IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY S. HOWARD, SR.                                                          PLAINTIFF

v.                          Civil No. 4:18-CV-04125

STEPHEN KING,                                                                DEFENDANTS
CAPTAIN GOLDEN,
WARDEN JEFFIE
WALKER, SHERIFF and
JACKIE RUNION

## ORDER

Plaintiff proceeds in this Section 1983 matter *pro se* and *in forma pauperis*. Currently before the Court is Plaintiff's Motion to Voluntarily Dismiss Defendants Adams, Walker, Runion, and Reynolds[1] as parties in this case. (ECF No. 40). Defendants do not object to the dismissal. (ECF Nos. 41, 42).

Accordingly, the Clerk is **DIRECTED** to treat this as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and **DISMISS** Defendants Adams, Walker, Runion, and Reynolds as parties in this case **WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 8th day of May 2019.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Reynolds was terminated as a Defendant in this case on April 2, 2019. (ECF No. 34). As Plaintiff filed an Objection (ECF No. 31) and then a Notice of Appeal (ECF No. 38) regarding that Recommendation and the Order adopting it, the Court will include Defendant Reynolds in this Order for dismissal.