IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CODY S. HOWARD, SR.                                                                    PLAINTIFF

v.                              Case No. 4:18-cv-4125

STEPHEN KING (Medical Team
Administrator)                                                                         DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed January 24, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 64). Judge Bryant recommends that Defendant King's Motion for Summary Judgment (ECF No. 46) be granted and that this case be dismissed with prejudice. The Court finds this matter ripe for consideration.

No objections to the Report and Recommendation have been filed, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds no clear error in the Report and Recommendation and adopts the Report and Recommendation (ECF No. 64) *in toto*. Accordingly, Defendant King's Motion for Summary Judgment (ECF No. 46) should be and hereby is **GRANTED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 11th day of February, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge